IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| JODY CUMMINS, Estate of John Frank Gibson Jr., Deceased, by and through its Court Appointed Executrix on behalf of JOHN FRANK GIBSON, JR, et al, | | PLAINTIFFS |
| V. | 4:23CV00425 JM | |
| JOHN FRANK GIBSON, III | | DEFENDANT |

## ORDER

Pending is the Defendant's motion to dismiss Plaintiffs Jill Gibson and Caroline Jones. The Plaintiffs have responded, and the Defendant has replied.

The Defendant argues that these Plaintiffs should be dismissed as parties because they lack standing to assert contract claims that belong to the Estate of John Frank Gibson, Jr. Plaintiffs have not presented any authority to the contrary. Therefore, the Court finds that Plaintiffs Jill Gibson and Caroline Jones are dismissed. Defendant's request for attorney's fees is denied.

Defendant's Motion to Dismiss with prejudice (ECF No. 4) is GRANTED in part and DENIED in part. Plaintiffs Jill Gibson and Caroline Jones are dismissed as parties.

IT IS SO ORDERED this 30th day of June, 2023.

James M. Moody Jr.
United States District Judge