IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| THE ESTATE OF JOHN FRANK GIBSON, JR., DECEASED, BY AND THROUGH ITS COURT APPOINTED EXECUTRIX, JODY CUMMINS | PLAINTIFF |
| v.    No. 4:23-cv-425-JM | |
| JOHN FRANK GIBSON, III | DEFENDANT |

**NOTICE OF APPEARANCE BY DONALD S. MAURICE, JR. ON BEHALF OF DEFENDANT, JOHN FRANK GIBSON III**

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that the undersigned attorney enters his appearance as counsel for Defendant, John Frank Gibson III, in the captioned matter. Please serve the undersigned with a copy of all future papers and notifications related to this action.

Respectfully submitted,

Dated: January 2, 2024

*s/ Donald S. Maurice, Jr.*
Donald S. Maurice, Jr. (NJ Bar No. 05881988)
MAURICE WUTSCHER LLP
5 Walter E. Foran Blvd., Suite 2007
Flemington, NJ 08822
Telephone: (908) 237-4550
Email: DMaurice@MauriceWutscher.com

*Counsel for Defendant, John Frank Gibson III*

2

## **CERTIFICATE OF SERVICE**

  I, Donald S. Maurice, Jr., hereby declare under penalty of perjury that on January 2, 2024, I served a copy of the foregoing on counsel of record for all Parties by filing it with the Court's CM/ECF System in accordance with Fed. R. Civ. P. 5(b)(2)(E).

                  *s/ Donald S. Maurice, Jr.*
                  DONALD S. MAURICE, JR.

1657854