Filed For Record
Drew County, AR
Beverly Burks, Circuit Clerk
By __B Burks__

DEC 2 1 2023

AM1/2/3/4/5/6/7/8/9/10/11/12(PM)

This instrument prepared by:
John F. Gibson, III
1585 Hwy 7
Fort Scott, Kansas 66701

# 110014

## QUITCLAIM DEED
\* \* \* \* \* \* \*

KNOW ALL MEN BY THESE PRESENTS:

THAT I, **JOHN F. GIBSON, III, an unmarried man, GRANTOR,** for and in consideration of the sum of ONE and NO/100 DOLLARS, ($1.00), cash in hand paid by **BLACKROCK LAND HOLDINGS, LLC, a Wyoming Limited Liability Company, GRANTEE** HEREIN, the receipt of which is hereby acknowledged, do hereby grant, bargain, sell, convey and quitclaim unto the said **GRANTEE,** and unto its successors and/or assigns forever, the following lands lying in DREW AND CHICOT COUNTY, ARKANSAS:

SEE EXHIBIT "A"

TO HAVE AND TO HOLD the same unto the said GRANTEE and unto its successors and/or assigns forever, with all appurtenances thereunto belonging.

WITNESS my hand and seal on this 20th day of December, 2023.

_____
JOHN FRANK GIBSON, III

**EXHIBIT 1**

## ACKNOWLEDGMENT

STATE OF Arkansas

COUNTY OF Desha

    BE IT REMEMBERED, That on this day came before me, the undersigned, a NOTARY PUBLIC, within and for the County and State aforesaid, duly commissioned, qualified and acting, **JOHN FRANK GIBSON, III, an unmarried man,** to me well known as the GRANTOR in the foregoing Deed and stated that he had executed the same for the consideration and purposes therein mentioned and set forth.
    WITNESS my HAND and SEAL on this 20th day of December, 2023.

NOTARY PUBLIC

MY COMMISSION EXPIRES:
10/05/2027

KRISTEN DIANE EARNEST
NOTARY PUBLIC-STATE OF ARKANSAS
DESHA COUNTY
My Commission Expires 10-05-2027
Commission # 12702345

## EXHIBIT "A"

### DREW COUNTY, ARKANSAS:

**Lake Wallace Farm**

**TRACT 1:**

The E1/2 SE1/4 Section 25, Township 14 South, Range 4 West, EXCEPT 20 acres of land taken by parallel lines off the entire East side therefor; and all that part of the N1/2 of Section 36, Township 14 South. Range 4 West, lying North of Bayou Bartholomew EXCEPT a parcel of land bounded by a line beginning at a point 27.87 chains East of the Northwest corner of said Section 36, thence running South 29 chains to the left bank of Bayou Bartholomew at low water, thence Easterly along the left bank of said bayou 34.79 chains, thence north 36.50 chains to North boundary line of said Section 36, thence West 32.85 chains along the North boundary of said Section 36 to point of beginning, containing 242.88 acres, more or less; SUBJECT TO a reservation of one-half interest in the mineral rights reserved by General American Life Insurance Company, LESS AND ACCEPT: beginning at a point 60.72 chains East of the Northwest corner of Section 36, Township 14, Range 4, thence running South a distance of 1995 feet to point where said line intersects the Drew County road, thence East along said county road a distance of 210 feet, thence north at a 90° angle a distance of 210 feet, thence at a 90° angle West a distance of 157.5 feet, thence North along a line running parallel to the West boundary of this description a distance of 1995 feet, thence West a distance of 87.50 feet where said line intersects with the east boundary line of the W1/2 of the SE1/4 of Section 25, Township 14 South, Range 4 West, thence South along said boundary line a distance of 210 feet where said boundary line intersect with the North boundary line of Section 36 thence East 39 feet to the point of beginning, containing 3.743 acres, more or less; and LESS AND EXCEPT: a parcel of land in the North half of Section 36, Township 14 South, Range 4 West bounded by a line beginning at a point (on the North boundary line of said Section 36) a distance of 20.159 chains East of the Northwest corner of said Section 36, thence run South 7.902 chains, thence run East 2.303 chains, thence run North 7.789 chains to the North boundary line of said Section 36, thence run West along the North boundary of said Section 36 a distance of 2.306 chains to the point of beginning, containing 1.81 acres, more or less; together with a right-of-way 15 feet wide, meandering along and adjacent to the bank of Lake Wallace, for the passage of pedestrians and vehicles, for ingress and egress to and from the above described land, over and across that part of the N1/2 of Section 36, Township 14 South, Range 4 West, that lies on the southernmost bank of Lake Wallace between the above described land and that land conveyed to John F. Gibson, III, by warranty deed dated May 31, 2002, and recorded as Instrument No. 43761 in the records of deeds and mortgages of the Circuit Clerk and Ex-officio Recorder for Drew County, Arkansas.

**Dead Bayou Portion of Lake Wallace Farm**

**TRACT 2:**

A tract of land described by beginning at a point where the left (North) bank of "Dead Bayou" (formerly Bayou Bartholomew) intersects the West line of Section 36, Township 14 South, Range 4 West; thence in a northerly direction along the left bank of said "Dead Bayou" 37 chains; thence South parallel to the West boundary line of said Section 36, 4.5 chains to the center of the channel of the said "Dead Bayou", thence in a Southwesterly direction along the center of said channel to the intersection of the West line of said Section 36; thence North along said Section line 9.5 chains to the point of beginning, containing 20.72 acres, more or less, in Drew County, Arkansas; and

That tract of land described by beginning at a point where the east boundary line of Section 36, Township 14 South, Range 4 West, intersects the left (North) bank of said "Dead Bayou"; thence in a Northwesterly direction, along the bank of said "Dead Bayou" 21.10 chains; thence South, parallel to the East boundary line of said Section 36, 5 chains to the center of the channel of said "Dead Bayou"; thence in a southeasterly direction along the center of said channel to the intersection with the East boundary line of said Section 36, thence North along the East boundary line of said Section 36, 2.50 chains to the point of beginning, containing 8.44 acres, more or less, in Drew County, Arkansas.

### Rice Field Access (AKA Bee Box Access) to Lake Wallace

### TRACT 3:

That tract of land described by beginning at the Northeast corner of the West Half (W1/2) of the Southeast Quarter (SEI/4) of Section twenty-five (25), Township fourteen (14) South. Range four (4) West, thence West along the North boundary line of the West Half (W1/2) of the Southeast Quarter (SEI/4) a distance of 945 feet, thence South at a 90 degree angle, a distance of 52.50 feet, thence running east parallel to the North boundary line of the West Half (W1/2) of the Southeast Quarter (SEI/4) of Section Twenty-Five (25) a distance of 945 feet to a point where said line intersects with the East boundary line of the West Half (W1/2) of the Southeast Quarter (SEI/4) of Section Twenty-Five (25), thence North a distance of 52.50 feet to the point of beginning, containing 1.232 acres, more or less.

### TRACT 4:

A parcel of land in the North half of Section 36, Township 14 South, Range 4 West bounded by a line BEGINNING at a point (on the North boundary line of said Section 36, 20.159 chains East of the Northwest corner of said section 36. Thence run South 7.902 chains, thence run East 2.303 chains, thence run North 7.789 chains to the North boundary line of said Section 36, thence run west along the North boundary of said Section 36 a distance of 2.306 chains to the POINT OF BEGINNING, containing 1.81 acres, more or less.

Also a right-of-way 15 feet wide, meandering along and adjacent to the bank of Lake Wallace, for the passage of pedestrians and vehicles, for ingress and egress to and from the above described land, over and across that part of the N/4 of Section 36, Township 14 South, Range 4 West, that lies on the southernmost bank of Lake Wallace between the above described land and that land conveyed to John F. Gibson, III, by warranty deed dated May 31, 2002, and recorded as instrument no. 43761 in the records of Deeds and Mortgages of the Circuit Clerk and Ex-officio Recorder for Drew County, Arkansas.

### TRACT 5:

A parcel of land in the North Half (Nl/2) of Section 36, Township 14 South, Range 4 West, in Drew County, Arkansas, bounded by a line the point of beginning of which is located by commencing at the Northwest corner of said Nl/2 of Section 36, thence run East along the North boundary of said Nl/2 of Section 36 a distance of 27.87 chains TO THE POINT OF BEGINNING FOR THE PARCEL OF LAND HEREBY DESCRIBED, thence from said beginning point run South distance of 29 chains to the left (North) bank of Dead Bayou (formally a part of Bayou Bartholomew) at the low water mark, thence run in an Easterly direction along the left (north) bank of said bayou a distance of 34.79 chains, thence run North a distance of 36.50 chains to the North boundary of said Nl/2 of Section 36, thence run West along the North boundary of said Nl/2 of Section 36 a distance of 32.85 chains back to the point of beginning; LESS AND EXCEPT all lands lying south of the northern boundary of the right-of-way for Arkansas State Highway 922 which runs along the North (left) bank of Dead Bayou; AND LESS AND EXCEPT a parcel of land bounded by a line beginning at a point which is

19.38 chains West and 26.06 chains South of the Northeast corner of Section 36, thence run South 20 degrees West a distance of 3.17 chains to the North boundary of a local road which runs along the North (left) bank of said Dead Bayou, thence run North 70 degrees West along the North boundary of said road a distance of 3.17 chains, thence run North 20 degrees East a distance of 3.17 chains, thence run South 70 degrees East a distance of 3.17 chains back to the point of beginning for the parcel of land hereby excepted; AND LESS AND EXCEPT a parcel of land in the Sl/2 Nl/2 of Section 36, Township 14 South, Range 4 West in Drew County, Arkansas and more particularly described as follows: Commence at the northeast corner of the Wl/2, NE1/4 of Section 36, T14S, R4W and thence S 1 degree 13 minutes West along the east boundary of said Wl/2, NE1/4 1,680.30 feet; thence west 1,035.33 feet to an angle iron on the north side of a County road and approximately 40 feet north of the center of said road and which point is the Point of Beginning of the property herein described; thence from this Point of Beginning N 16 degrees 49 minutes 8 seconds West 315.75 feet; thence S 79 degrees 44 minutes 35 seconds W 371.56 feet, thence S 24 degrees 5 minutes 59 seconds W 153.32 feet to a point on the north side of said County Road; thence along said road S 81 degrees 1 minute 4 seconds E 362.84 feet and S 76 degrees 14 minutes 27 seconds E 165.96 feet to the Point of Beginning and containing 1.38 acres in the SW1/4, NE1/4 and .80 acres in the SE1/4, SW1/4 and 2.18 acres more or less in all; SUBJECT, HOWEVER, to easement granted by Joe W. Bernard to W. E. Hoover by deed dated June 26, 1940, and filed for record on July 16, 1940, and now appearing of record at page 12 of Book 86 in the office of the Circuit Clerk and Ex-officio Recorder of Drew County, Arkansas; AND FURTHER SUBJECT TO the public road right-of-way condemned across the subject real property by order of the County Court of Drew County, Arkansas, dated and filed for record on August 8, 1974, and now appearing of record at page 97 of County Court Record Book "BB" in the office of the Drew County Clerk; AND FURTHER SUBJECT TO any outstanding mineral rights or interests (i.e., not owned by Grantor herein) including any rights of ingress and egress incidental or related thereto; and

Also hereby conveying all lands described in and conveyed by a deed to John F. Gibson, Jr., dated February 23, 1995, and filed for record on May 12, 1995, in Book 399 at page 539 in the office of the Circuit Clerk and Ex-Officio Recorder of Drew County, Arkansas.

Also hereby conveying all cotton base (being 52 acres) pertaining to ASCS Farm No. 977 as presently constituted by the Drew County ASCS Office.

**TRACT 6: (FRENCH PURCHASE)**

A parcel of land located in the Northwest Quarter of the Southeast Quarter (NW1/4 SE1/4) of Section 25, Township 14 South, Range 4 West, Drew County, Arkansas, being more particularly described as follows: Commencing at the Northeast corner of the Southeast Quarter (SE1/4) of said Section 25; thence run North 88 degrees 58 minutes 15 seconds West along the North boundary of said SE1/4 for a distance of 1905.61 feet; thence run due South according to the grid bearing for Arkansas South Zone a distance of 533.58 feet to the beginning point for the land hereby described; thence from Point of Beginning run North 78 degrees 36 minutes 32 seconds West for a distance of 506.31 feet to the centerline or median line of Lake Wallace; thence run South 00 degrees 57 minutes 50 seconds East along said median line for a distance of 214.78 feet, and South 07 degrees 28 minutes 30 seconds West for a distance of 280.97 feet; thence leaving said median line of Lake Wallace run South 71 degrees 41 minutes 14 seconds East for a distance of 399.22 feet; thence run North 12 degrees 24 minutes 53 seconds East for a distance of 246.51 feet to a power pole therefound; thence run North 19 degrees 16 minutes 59 seconds East for a distance of 294.55 feet to the point of beginning.

**TRACT 7: FRENCH**

All of the West Half (W1/2) of Southeast Quarter (SE1/4) of Section 25, Township 14 South, Range 4 West except a parcel of land bounded by a line beginning at the Northeast corner of said W1/2 of SE1/4 and running thence West along the North boundary line of said W1/2 of SE1/4 a distance of 945 feet; thence South at a 90 degree angle a distance of 52 1/2 feet; thence East parallel with the North boundary line of said W1/2 of SE1/4 a distance of 945 feet to the East boundary line of said W1/2 of SE1/4; thence North a distance of 52 1/2 feet to Point of Beginning, containing in said exception 1.232 acres, more or less, and leaving in said W1/2 of SE1/4, after deducting said exception, 78.768 acres, more or less; AND all that part of the Southwest Quarter (SW1/4) of Section 25, Township 14 South, Range 4 West lying South and East of Five Mile Brake (Lake Wallace) containing 1 acre of land more or less.

AND ALSO, a parcel of land located in the Southeast Quarter of the Southeast (SE1/4 SE1/4) of Section 25 and the Northeast Quarter of the Northeast Quarter (NE1/4 NE1/4) of Section 36, all in Township 14 South, Range 4 West, Drew County, Arkansas, and more particularly described as follows: Commence at the Northeast corner of Section 36, Township 14 South, Range 4 West, and thence run N 86 degrees 42 minutes 47 seconds West along the boundary between Sections 25 and 36, Township 14 South, Range 4 West for 1232.73 feet to the Point of Beginning of the property herein described; thence from said Point of Beginning run N 02 degrees 05 minutes 51 seconds West for 210.00 feet; thence North 86 degrees 42 minutes 47 seconds parallel with the boundary between Section 25 and 36 for 87.50 feet to a point on the West boundary of the SE1/4 SE1/4 of Section 25, Township 14 South, Range 4 West; thence South 02 degrees 05 minutes 51 seconds West along said West boundary for 210.00 feet to the Northwest corner of the NE1/4 NE1/4 of Section 36, Township 14 South, Range 4 West; thence South 86 degrees 42 minutes 47 seconds East along the boundary between Sections 25 and 36 for 35.00 feet; thence South 02 degrees 05 minutes 51 seconds East 970.56 feet to a point in the center of an East-West running drain ditch; thence South 82 degrees 20 minutes 50 seconds East along center of said ditch 53.03 feet; thence North 02 degrees 05 minutes 51 seconds West for 974.61 feet to the Point of Beginning and containing 1.59 acres, more or less.

LESS AND EXCEPT, A parcel of land located in the Northwest Quarter of the Southeast Quarter (NW1/4 SE1/4) of Section 25, Township 14 South, Range 4 West, Drew County, Arkansas, being more particularly described as follows: Commencing at the Northeast corner of the Southeast Quarter (SE1/4) of said Section 25; thence run North 88 degrees 58 minutes 15 seconds West along the North boundary of said SE1/4 for a distance of 1905.61 feet; thence run due South according to the grid bearing for Arkansas South Zone a distance of 533.58 feet to the beginning point for the land hereby described; thence from Point of Beginning run North 78 degrees 36 minutes 32 seconds West for a distance of 506.31 feet to the centerline or median line of Lake Wallace; thence run South 00 degrees 57 minutes 50 seconds East along said median line for a distance of 214.78 feet, and South 07 degrees 28 minutes 30 seconds West for a distance of 280.97 feet; thence leaving said median line of Lake Wallace run South 71 degrees 41 minutes 14 seconds East for a distance of 399.22 feet; thence run North 12 degrees 24 minutes 53 seconds East for a distance of 246.51 feet to a power pole therefound; thence run North 19 degrees 16 minutes 59 seconds East for a distance of 294.55 feet to the point of beginning.

**TRACT 8: (CALVIN WILLIAMS PURCHASE)**

A parcel of land in the SE1/4 of SE1/4 of Section 25, and in the NE1/4 of Section 36, Township 14 South, Range 4 West bounded by a line described as follows: Beginning at a point 60.72 chains east of the northwest

corner of Section 36, Township 14 South, Range 4 West and running thence south a distance of 1995 feet to the Drew County road, thence easterly along said county road a distance of 210 feet, thence north at a 90 degree angle a distance of 210 feet, thence at a 90 degree angle west a distance of 1571/2 feet, thence north parallel with the west boundary line of the tract of land hereby described a distance of 1995 feet, thence west a distance of 871/2 feet to the east boundary line of the W 4 of SE H of said Section 25, thence south along said east boundary of said W1/2 of SE1/4 a distance of 210 feet to the north boundary line of said Section 36, thence east a distance of 39 feet to point of beginning, containing 3.743 acres of land more or less; LESS AND EXCEPT a parcel of land located in the Southeast Quarter of the Southeast Quarter (SE1/4 of SE1/4) of Section 25 and the Northeast Quarter of the Northeast Quarter (NE1/4 of NE1/4) of Section 36, all in Township 14 South, Range 4 West, Drew County, Arkansas, and more particularly described as follows: Commence at the Northeast corner of Section 36, Township 14 South, Range 4 West, and thence run N 86 degrees 42 minutes 47 seconds West along the boundary between Section 25 and 36, Township 14 South, Range 4 West for 1232.73 feet to the Point of Beginning of the property herein described; thence from said Point of Beginning run N 02 degrees 05 minutes 51 seconds West for 210.00 feet; thence North 86 degrees 42 minutes 47 seconds parallel with the boundary between Section 25 and 36 for 87.50 feet to a point on the West boundary of the SE 1/4 of SE1/4 of Section 25, Township 14 South, Range 4 West; thence South 02 degrees 05 minutes 51 seconds West along said West boundary for 210.00 feet to the Northwest corner of the NE1/4 of NE1/4 of Section 36, Township 14 South, Range 4 West; thence South 86 degrees 42 minutes 47 seconds East along the boundary between Sections 25 and 36 for 35.00 Feet; thence South 02 degrees 05 minutes 51 seconds East 970.56 feet to a point in the center of an East-West running drain ditch; thence South 82 degrees 20 minutes 50 seconds East along center of said ditch 53.03 feet; thence North 02 degrees 05 minutes 51 seconds West for 974.61 feet to the Point of Beginning.

## CHICOT COUNTY, ARKANSAS:

### TRACT 9: (PARCEL CODE 010-04182-000)

S1/2 S1/2 NW ¼ OF SECTION 22, TOWNSHIP 13 SOUTH, RANGE 3 WEST.

SUBJECT TO ALL EASEMENTS, RIGHTS OF WAY, AND PRIOR MINERAL RESERVATIONS AND CONVEYANCES OF RECORD.

### TRACT 10: (PARCEL CODE # 010-04668-000)

The South Half (S1/2) of the South Half (S1/2) of the North Half (N1/2) of the Northwest Quarter (NW1/4) of Section 17, Township 14 South, Range 3 West of the 5th P.M.; LESS AND EXCEPT the West 357.0 feet of the North 122.0 feet and the East 357.0 feet of the South 122.0 feet thereof.



ARKANSAS DEPARTMENT OF FINANCE AND ADMINISTRATION
**Arkansas Real Property Tax Affidavit of Compliance Form**

| Grantee (Purchaser) Name | | | Grantor (Seller) Name | | |
|---|---|---|---|---|---|
| BLACKROCK LAND HOLDINGS, LLC | | | JOHN F. GIBSON, III | | |
| Grantee (Purchaser) Address | | | Grantor (Seller) Address | | |
| 30 N GOULD, STE N | | | 1585 HWY 7 | | |
| City | State | Zip Code | City | State | Zip Code |
| SHERIDAN | WY | 82801 | FORT SCOTT | KS | 66701 |

Date of real property transfer (as reflected on the transfer instrument): 12/20/2023

Name of the county where the property is located: DREW-CHICOT

Amount of the full consideration for the transaction: $1.00

State of Arkansas
County of Drew

I hereby certify that this instrument was filed for record and recorded as follows:

DATE 12-21-23  TIME 2:12 p.m.
INSTRUMENT# 11014
Beverly Burks, Recorder of Drew County
By B. Burks

○ Tax is due: Value of the documentary stamps: _____
● No tax is due: Family or Gift or Consideration of $100 or less
○ No tax is due: Exemption (check one exemption below)

☐ Transfers to or from the United States, the State of Arkansas, or any of the instrumentalities, agencies, or political subdivisions thereof.

☐ Any instrument given in writing to secure a debt.

☐ Any instrument solely for the purpose of correcting or replacing an instrument that has been previously recorded with full payment of tax having been paid at the time of the previous recordation.

☐ Instruments conveying land sold for delinquent taxes.

☐ Instruments conveying leasehold interest in land only.

☐ Instruments, including timber deeds, which convey the right to remove timber for a period not to exceed twenty-four (24) months.

☐ Instruments given by one party in a divorce action to other party to the divorce action as a division of marital property whether by agreement or order of the court.

☐ Instruments given in any judicial proceeding to enforce any security interest in real estate when the instrument transfers the property to the same person who is seeking to enforce the security interest.

☐ Instruments given to a secured party in lieu of or to avoid a judicial proceeding to enforce a security interest in real estate.

☐ Instruments conveying a home financed by the Federal Housing Administration, Department of Veterans Affairs, or United States Department of Agriculture (USDA) Rural Development, if the sale price of the home is sixty thousand dollars ($60,000) or less and the seller files with the county recorder of deeds a sworn statement by the buyer stating that neither the buyer nor the spouse of the buyer has owned a home within three (3) years of the date of closing and also stating the sale price of the home.

☐ Instruments conveying land between corporations, partnerships, limited liability companies, or between a business entity and its shareholder, partner or member of a corporation incident to the organization, reorganization, merger, consolidation, capitalization, asset distribution, or liquidation of a corporation, partnership, limited liability company, or other business entity.

☐ A beneficiary deed under ACA 18-12-608.

☐ Other (Explain): _____

I certify under penalty of false swearing that documentary stamps or a documentary symbol in the legally correct amount has been placed on this instrument.

JOHN F. GIBSON, III                    _____(signature)_____              12/20/2023
(Print Name)                            (Signature of Requestor)                (Date)

Arkansas Real Property Tax Affidavit of Compliance Form (R 01/02/13)

$832,000.00 ............ Monticello............, Ark., May 18........ 20 18....

On Demand ............................... after date, I, we, or either of us promise to pay to the order of ...John F. Gibson, Jr.,............................................................................ the sum of Eight Hundred, Thirty-Two Thousand and no /100................................ DOLLARS payable at ...Monticello, Arkansas, with interest at the rate of......0......per cent per annum from

The sureties and endorsers of this note severally agree to and do hereby waive demand or presentation of this note for payment to the makers hereof, and waive protest and notice of non-payment, do hereby grant any holder of this note the right to grant extensions without notifying them, or either of them, hereby ratifying such extensions and remaining bound on this note as if no extensions had been obtained. If this note be not paid at maturity, whether by acceleration or otherwise, and it be placed in the hands of an attorney for collection, the parties hereto agree to pay ten per cent (10%) of the amount then due hereon, as attorney's fees.

This note is given for Purchase price of half interest in farm at Hudspeth, Arkansas

No................................

P. O. 1864 N. HYATT ST., Monticello, AR 71655

**EXHIBIT 2**

$10,000.00    Monticello, Ark., May 18    2018

On Demand after date, I, we, or either of us promise to pay to the order of John F. Gibson, Jr., the sum of Ten Thousand and no/100 — DOLLARS payable at Monticello, Ark. with interest at the rate of 0 per cent per annum from _____

The sureties and endorsers of this note severally agree to and do hereby waive demand or presentation of this note for payment to the makers hereof, and waive protest and notice of non-payment, do hereby grant any holder of this note the right to grant extensions without notifying them, or either of them, hereby ratifying such extensions and remaining bound on this note as if no extensions had been obtained. If this note be not paid at maturity, whether by acceleration or otherwise, and it be placed in the hands of an attorney for collection, the parties hereto agree to pay ten per cent (10%) of the amount then due hereon, as attorney's fees.

This note is given for Purchase of Chicot Co. portion of Island at Hudspeth, Ark.

No. _____

P. O. John G. D
1864 N Hyatt St., Monticello, Ar. 71655

**EXHIBIT 3**

Page 1 of 6

Prepared by:
John Ogles
Ogles Law Firm
P.O. Box 891
Jacksonville, AR 72076

# LAST WILL AND TESTAMENT

## OF

## JOHN FRANK GIBSON, JR.

KNOW ALL MEN BY THESE PRESENTS:

That I, John Frank Gibson, Jr., of Dermott, Chicot County, Arkansas, being of sound and disposing mind and memory, and over the age of 18 years, do hereby make, publish and declare this to be my last will and testament, hereby revoking all wills and testaments heretofore made by me, to-wit:

1. I direct that all of my debts, including my last illness and funeral expenses, be paid as soon after my death as shall be practicable.

2. All estate, inheritance, succession and other death taxes which shall become payable by reason of my death, shall be paid out of my estate as an administration expense.

3. I own my office on Main Street in Dermott, Arkansas and my property at the Spillway with my wife Renee Treadwell, who inherits my interest by right of survivorship.

Date 10/22/2020                                                                                                    Initialed

EXHIBIT 4

**Last Will and Testament**
**of John Frank Gibson, Jr.**

Page 2 of 6

4. I own a one-half interest in certain properties with Charles Sydney Gibson.

   a. I give, devise and bequeath my one-half interest in the Robertson place across from the Y (adjoining 65) to John Frank Gibson, III. His siblings have right of first refusal if the property is to be sold.

   b. I, give, devise and bequeath my one-half interest in the Y (land between 65 and 165) to my daughters, Jody Cummins, Jill Gibson, Jamie Kirtley and Caroline Jones.

   c. I give, devise and bequeath my one-half ownership in the Juanita Gibson Heir Property to Jody Cummins, Jill Gibson, Jamie Kirtley, John Frank Gibson, III and Caroline Jones.

5. I have made loans to my son John Frank Gibson, III. Some of the loans have been memorialized, but not all. There are notes from John Frank Gibson, III for $10,000 and $832,000.

I also loaned John Frank Gibson, III $17,600 to buy some land. There was no written note, just a verbal agreement from John to pay me back. John has made two payments for $8,000 total as partial payment but the last check for $4,000 has not cleared the bank.

I also borrowed $10,000 on my credit card to give to John Frank Gibson, III and he has not repaid this debt. These debts are an asset of my estate.

I give, devise and bequeath the remainder of my estate to my children, Jody Cummins, Jill Gibson, Jamie Kirtley, John F. Gibson, III and Caroline Jones, to share and share alike. John Frank Gibson, III's share of my estate will be reduced by the debts he owes to me.

6. I give, devise and bequeath any remaining property unidentified or left out of this

Date 10/22/2020                                                        Initialed

Last Will and Testament
of John Frank Gibson, Jr.

Page 3 of 6

Will to my wife, Renee Treadwell.

7. I nominate and appoint Renee Treadwell to be Executrix of this, my last will and testament, hereby authorizing and empowering my said Executrix to compound, compromise, and settle and adjust all claims and demands which may be presented against my estate or which may be due to my estate; and to sell at private or public sale, lease or exchange, at such prices and upon such terms of credit or otherwise as she may deem best, the whole or any part of my real or personal property; and to execute, acknowledge and deliver deeds or other proper instruments of conveyance thereof to the purchaser or purchasers, all without license or leave of court. In connection with the sale of any real estate, I authorize my Executrix to employ real estate brokers and to pay them standard commissions for their services. I request that no bond be required of my said Executrix.

8. In case any person interested in my estate shall contest this will, in part of in whole, and attempt to prevent the proof thereof, then I declare that such contest and such attempt shall cancel and terminate all provisions for or in favor of the person or persons making or inciting such contest, without regard to whether such contest shall succeed or not; and I hereby declare all and any provisions or provision herein in favor of the person or persons so making

Date 10/22/2020                                                                                                 Initialed

Last Will and Testament
of John Frank Gibson, Jr.

such contest, or attempting or inciting the same, to be revoked and of no force and effect.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this **22d** day of **October**, 2020.

_____
John Frank Gibson, Jr.

Signed, sealed, published and declared by John Frank Gibson, Jr. as and for his last will and testament, in our presence and in the presence of each of us, and we at the same time, at his request and in his presence and in the presence of each other, hereunto subscribe our names as attesting witnesses this **22nd** day of **October**, 2020.

WITNESS:                      RESIDING AT:

_Nina [Sampler]_         582 Rebecca Circle

                                    Monticello, AR 71655

Date 10/22/2020                                Initialed

**Last Will and Testament**
**of John Frank Gibson, Jr.**

Page 5 of 6

_Robin D Johnson_     _P.O. Box 726_

_Monticello, AR 71657_

Date _10/22/2020_                              Initialed

# BARTON & ROPER
A PROFESSIONAL LIMITED LIABILITY COMPANY
(FORMERLY KNOWN AS WILLIAMSON, BALL & BIRD)

WALTER W. BARTON
wbarton@bartonandroper.com

RICHARD L. ROPER
rroper@bartonandroper.com

BENJAMIN P. BARTON
bbarton@bartonandroper.com

P.O. BOX 507
106 OAKLAND AVE
MONTICELLO, AR 71657

P.O. BOX 1236
305 N. MYRTLE STREET DR.
WARREN, AR 71671

IN MONTICELLO:
TELEPHONE: (870) 367-6288
FACSIMILE: (870) 367-7851

IN WARREN:
TELEPHONE: (870) 466-4214
FACSIMILE:   (870) 466-7559

June 29, 2022

John F. Gibson, III
PO Box 559
Dermott, AR 71638

VIA US MAIL AND EMAIL

Mr. Gibson:

This is attempt to collect a debt. To the extent that the Fair Debt Collection Practices Act is deemed to apply, any information obtained may be used for that purpose.

Acting on behalf of the Estate of John F. Gibson, Jr., demand is herewith made that you pay the sum of $842,000.00 within 30 days from the date of this letter.

Payment should be made payable to Estate of John F. Gibson, Jr., deceased and delivered to this office.

Should you fail to pay as demanded the estate will take action to enforce the collection of the debt.

Very truly yours,

Whit Barton

cc: Renee Treadwell
    Jody Cummins
    Jill Gibson
    Jamie Kirtley
    Caroline Jones

EXHIBIT 5

## STATE OF WYOMING ∗ SECRETARY OF STATE
## BUSINESS DIVISION

Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020
Phone: 307-777-7311 · Website: https://sos.wyo.gov · Email: business@wyo.gov

## Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | | | |
|---|---|---|---|
| **Name** | Blackrock Land Holdings LLC | | |
| **Filing ID** | 2023-001373405 | | |
| Type | Limited Liability Company | Status | Active |

### General Information

| | | | |
|---|---|---|---|
| Old Name | | Sub Status | Current |
| Fictitious Name | | Standing - Tax | Good |
| | | Standing - RA | Good |
| Sub Type | | Standing - Other | Good |
| Formed in | Wyoming | Filing Date | 12/11/2023 9:00 AM |
| Term of Duration | Perpetual | Delayed Effective Date | |
| | | Inactive Date | |

**Principal Address**

30 N Gould St  Ste N
Sheridan, WY 82801

**Mailing Address**

30 N Gould St  Ste N
Sheridan, WY 82801

**Registered Agent Address**

Northwest Registered Agent Service Inc
30 N Gould St Ste N
Sheridan, WY 82801

### Parties

| Type | Name / Organization / Address |
|---|---|
| Organizer | Northwest Registered Agent Service Inc 30 N Gould St Ste N Sheridan, WY 82801 |

### Notes

| Date | Recorded By | Note |
|---|---|---|

### Annual Report History

| Num | Status | Date | Year | Tax |
|---|---|---|---|---|

### Amendment History

| ID | Description | Date |
|---|---|---|
| See Filing ID | Initial Filing | 12/11/2023 |

**EXHIBIT 6**

Page 1 of 1