# EXHIBIT "O"

Andrew T. Thomasson

| | |
|---|---|
| **Subject:** | Fw: Photos |
| **Date:** | Friday, January 26, 2024 at 5:09:23 PM Central Standard Time |
| **From:** | Jill Gibson <Jill@gibsonp-c.com> |
| **To:** | Andrew T. Thomasson <Andrew@thomassonpllc.com> |
| **CC:** | whit barton <wbarton@bartonandroper.com> |
| **Attachments:** | IMG_1391.jpg, IMG_1390.jpg, IMG_1393.jpg, IMG_1392.jpg |

See below....

**Jill Gibson** | Attorney at Law
**Gibson P.C.**
4248 Galewood Street, Suite 25
Lake Oswego, OR 97035
Main Office: 503.675.4343 | Direct: 503.675.4318
jill@gibsonp-c.com

**From:** Jill Gibson <Jill@gibsonp-c.com>
**Sent:** Friday, January 26, 2024 12:07 PM
**To:** whit barton <wbarton@bartonandroper.com>
**Subject:** Fw: Photos

Photos of my dad signing his will with witnesses.

**Jill Gibson** | Attorney at Law
**Gibson P.C.**
4248 Galewood Street, Suite 25
Lake Oswego, OR 97035
Main Office: 503.675.4343 | Direct: 503.675.4318
jill@gibsonp-c.com

**From:** Jill Gibson <Jill@gibsonp-c.com>
**Sent:** Friday, January 26, 2024 11:39 AM
**To:** Jill Gibson <Jill@gibsonp-c.com>
**Subject:** Photos



























Sent from my iPhone