IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

THE ESTATE OF JOHN FRANK GIBSON, JR.,
DECEASED, BY AND THROUGH ITS COURT
APPOINTED EXECUTRIX, JODY CUMMINS                          PLAINTIFF

VS.                                CASE NO. 4:23-cv-425-JM

JOHN FRANK GIBSON, III; AND
BLACKROCK LAND HOLDINGS LLC                                DEFENDANTS

## MOTION TO WITHDRAW AS COUNSEL FOR THE ESTATE

Patrick D. Wilson and P. Collins Hickman Jr. of Wright, Lindsey & Jennings LLP, for their motion to withdraw as counsel for the Estate of John Frank Gibson, Jr., deceased, by and through its Court appointed executrix, Jody Cummins (the "Estate"), state as follows:

1.      Patrick D. Wilson and P. Collins Hickman Jr. are attorneys for the Estate in this case.

2.      The Estate is also represented by additional counsel, Whit Barton of Barton & Roper, PLLC.  Whit Barton has been representing the Estate from this case's inception, and he has also represented the Estate in the probate proceedings in Drew County, Arkansas, and continues to do so.  Thus, he is well apprised of the facts and procedural posture in this matter and for the Estate generally.

3.      At this time, the Estate desires to have only Whit Barton as its counsel of record.

3056421-v1

4.      Given the Estate's current representation by Whit Barton and the fact that the trial date in this case is not until September of this year, the Estate will not be prejudiced by the timing of Patrick D. Wilson and P. Collins Hickman Jr.'s withdrawal.

5.      The Estate has been given notice of the undersigned counsel's intent to withdraw from this matter and has consented to the same.

6.      The undersigned counsel will comply with its obligations to transfer the appropriate portions of their file to Whit Barton or any other attorney of record for the Estate, as needed.

WHEREFORE, Patrick D. Wilson and P. Collins Hickman Jr. of Wright, Lindsey & Jennings LLP respectfully request that they be permitted to withdraw as counsel for the Estate.

Respectfully submitted,

Patrick D. Wilson
Bar Number 99073
P. Collins Hickman Jr.
Bar Number 2020189
*Attorneys for the Estate*
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: pwilson@wlj.com;
            chickman@wlj.com