IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

THE ESTATE OF JOHN FRANK GIBSON, JR.,
DECEASED, BY AND THROUGH ITS COURT
APPOINTED EXECUTRIX, JODY CUMMINS                           PLAINTIFF

v.                      CASE NO. 4:23-CV-425-JM

JOHN FRANK GIBSON, III                                      DEFENDANT

## MOTION TO WITHDRAW AS COUNSEL FOR THE ESTATE

Walter Whit Barton, of Barton & Roper, PLLC, for his Motion to Withdraw as Counsel for the Estate of John Frank Gibson, Jr., deceased, by and through its court appointed executrix, Jody Cummins (the "Estate"), states as follows:

1. Walter Whit Barton is an attorney for the Estate in this case.

2. The Estate is also represented by additional counsel, Bud Cummins.  He is well apprised of the facts and procedural posture in this matter and for the Estate generally.

3. Given the Estate's current representation by Bud Cummins and the fact that the trial date in this case is not set until September of this year, the Estate will not be prejudiced by the timing of Walter Whit Barton's withdrawal.

4. The estate has been given notice of the undersigned counsel's intent to withdraw from this matter and has consented to the same.

5. The undersigned counsel will comply with it obligations

1

to transfer the appropriate portions of their file to Bud Cummins
or any other attorney of record for the Estate, as needed.

Wherefore, Walter Whit Barton, of Barton & Roper, PLLC,
respectfully request that he be permitted  to withdraw as counsel
for the Estate.

Respectfully submitted,

Barton & Roper, PLLC
PO Box 507
Monticello, AR 71657
(870)367-6288
wbarton@bartonandroper.com

/s/ Whit Barton
Whit Barton (79010)

2

## CERTIFICATE OF SERVICE

I, Whit Barton, a member of Barton & Roper, PLLC, attorney for Plaintiff, hereby certify that on this 19th day of April, 2024, a copy of the foregoing was sent via PACER electronic filing system to the following:

Andrew T. Thomasson
Thomasson PLLC
350 Springfield Ave, Suite 200
Summitt, NJ 07901
andrew@thomassonpllc.com

Donald S. Maurice, Jr.
Maurice Wutscher LLP
5 Walter E. Foran Blvd, Suite 2007
Flemington, NJ 08822
dmaurice@mauricewutscher.com

/s/ Whit Barton
Whit Barton (79010)