IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| THE ESTATE OF JOHN FRANK GIBSON, JR., DECEASED, BY AND THROUGH ITS COURT APPOINTED EXECUTRIX, JODY CUMMINS | | PLAINTIFF |
| v. | CASE NO. 4:23-cv-425-JM | |
| JOHN FRANK GIBSON, III and BLACKROCK LAND HOLDINGS LLC | | DEFENDANTS |

## PLAINTIFF'S MOTION TO QUASH OR FOR A PROTECTIVE ORDER

NOW COMES Plaintiff the Estate of John Frank Gibson, Jr., deceased, by and through its Executrix, Jody Cummins, by counsel H.E. "Bud" Cummins, and for her Motion to Quash states:

1. Defendant John Frank Gibson, III (hereinafter "Defendant") served subpoenas on Selph & Friday CPA Searcy & Associates LLC and Charles Searcy and noticed a deposition of William R. Selph.

2. The discovery is not reasonably calculated to lead to the discovery of relevant admissible evidence in this lawsuit to collect on a promissory notes owed by the Defendant.

3. The discovery seeks inadmissible extrinsic evidence.

4. The subpoenas are not proportional to the discovery needs in a collection case.

5. The subpoenas unnecessarily intrude on the privacy interests of the decedent's surviving spouse.

6. Responding to the subpoenas, or sitting for a deposition, will be unduly burdensome for the recipients.

7. Plaintiff moves for the Court to quash the subpoenas, or in the alternative, stay the enforcement of those subpoenas pending further decisions by the Court.

8. In support of her Motion to Quash, Plaintiff relies on her Brief in Support of Motion to Quash, filed simultaneously herewith, and the following exhibits:

| | |
|---|---|
| **Exhibit A** | **May 7, 2024, Correspondence & Subpoenas issued by Defendant.** |
| **Exhibit B** | **Last Will and Testament of John Frank Gibson, Jr.** |

9. Undersigned counsel attempted to comply with Local Rule 7.2(g), which requires good faith attempts to confer on the issues raised in a motion. Several emails were exchanged, but we were unable to reach the substance of this motion until additional attempts were determined to be futile.

WHEREFORE, Plaintiff prays for an Order of this Court quashing the Subpoenas, or in the alternative, staying the enforcement of those Subpoenas pending further decisions by the Court.

Respectfully submitted,

H.E. "Bud" Cummins (ABA No. 89010)
**Law Offices of Bud Cummins, PLC**
1818 North Taylor, Suite 301
Little Rock, AR 72207

(501) 831-6125 – Telephone
bud@budcumminslaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I, H.E. "Bud" Cummins, certify that the foregoing Plaintiff's Motion to Quash has been served via ECF and electronic mail on this 14th day of May 2024, upon the following:

Andrew T. Thomasson
**Thomasson, PLC**
350 Springfield Ave., Suite 200
Summit, NJ 07901
andrew@thomassonpllc.com

Donald S. Maurice, Jr.
**Maurice & Wutscher, LLP**
5 Walter Foran Blvd., Suite 2007
Flemington, NJ 08822
dmaurice@mauricewutscher.com