## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

JODY CUMMINS, Estate of John Frank
Gibson, Jr., Deceased, by and through its
Court Appointed Executrix                                                    PLAINTIFF

v.                          Civil Action No. 4:23-CV-00425-JM

JOHN FRANK GIBSON III                                                        DEFENDANT

### JOINT STATUS REPORT

Counsel for Plaintiff and Counsel for Defendant submit the following Joint Status Report
to the Court.   The parties in this matter have been working diligently to resolve this matter and
currently have an agreement in principle to resolve this matter with a Global Family Settlement
Agreement and Release.  The attorneys for the parties are finalizing the documentation of the
settlement but have not completed that as of today's date; however, the attorneys for the parties
can report that final documentation and signing of the settlement is imminent.   The structure of
the settlement provides for a Consent Judgment to be held by Plaintiff's counsel to ensure the
agreed-upon settlement payments are made in the fashion the parties have agreed in the Global
Family Settlement Agreement and Release.   The Consent Judgment will either be entered by the
parties within the next 150 days or dismissal with prejudice will be sought by Plaintiff within the
next 150 days.   As soon as the settlement is final and signed by all parties, the attorneys for the
parties will provide notice to the Court of the settlement, request that the trial of this matter be
removed from the Court's docket, and that the matter remain open for 150 days until the settlement
obligations of the parties have been completed.

**Counsel for Plaintiff:**

Geoffrey B. Treece (Ark. Bar No. 84146)
Joseph W. Price II (Ark. Bar No. 2007168)
QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas 72201
Telephone:      (501) 379-1700
Facsimile:      (501) 379-1701
Email:          gtreece@qgtlaw.com
                jprice@qgtlaw.com

H. E. Bud Cummins (Ark. Bar No. 89010)
LAW OFFICES OF BUD CUMMINS, PLC
1818 North Taylor, Suite 301
Little Rock, Arkansas 72207
Telephone:      (501) 831-6125
Email:          bud@budcumminslaw.com

**Counsel for Defendant:**

Donald S. Maurice (NJ Bar No. 05881988)
Admitted Pro Hac Vice
MAURICE WUTSCHER LLP
5 Waler Foran Boulevard, Suite 2007
Flemington, New Jersey 08822
Telephone:      (908) 237-4570
Email:          dmaurice@mauricewutscher.com