# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JODY CUMMINS, Estate of John Frank Gibson Jr.,**
**Deceased, by and through its Court Appointed Executrix**
**on behalf of JOHN FRANK GIBSON, JR, et al,**                **PLAINTIFFS**

V.                               4:23CV00425 JM

**JOHN FRANK GIBSON, III**                                    **DEFENDANT**

## ORDER OF DISMISSAL

This case is dismissed without prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 2nd day of December, 2024.

_____
James M. Moody Jr.
United States District Judge